EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte<br><br>Yadira Molina Torres | 2010 TSPR 6<br><br>177 DPR ＿＿＿ |

Número del Caso: TS-10,145

Fecha: 25 de enero de 2010

Abogado de la Parte Peticionaria:

      Por derecho propio

Colegio de Abogado de Puerto Rico:

      Lcdo. José M. Montalvo Trias

Oficina de Inspección de Notarías:

      Lcda. Lourdes Quintana Llorens

Materia: Baja Voluntaria del Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Yadira Molina Torres                    10,145

RESOLUCIÓN

San Juan, Puerto Rico, a  25  de enero de 2010

Examinada la Solicitud de Baja Voluntaria presentada por la Lcda. Yadira Molina Torres, así como la Moción en Contestación a Resolución del Colegio de Abogados de Puerto Rico y el Informe de la Oficina de Inspección de Notarías, se  autoriza su baja voluntaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo